UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 12-CR-5188 |
| Plaintiff, | ) ) ) | **ORDER OF DISMISSAL OF INDICTMENT AND JUDGMENT** |
| v. | ) | |
| MANUEL CORRAL RIVAS (1), BRAULIO DIAZ GONZALEZ (2), GRABEL GONZALEZ (3), | ) ) ) | |
| Defendant. | ) ) ) | |

Upon the United States' motion and good cause being shown,

IT IS HEREBY ORDERED that the Indictment in Case No. 12-CR-5188 against defendants MANUEL CORRAL RIVAS, BRAULIO DIAZ GONZALEZ, and GRABEL GONZALEZ be dismissed without prejudice.

**DATED: January 22, 2013**

_____
**IRMA E. GONZALEZ
United States District Judge**